# Kyle D. White

Attorney at Law                                  332 Minnesota Street · Suite W-1610 · St. Paul, MN 55101
Telephone: 651-227-8751 · Facsimile: 651-251-9923

January 2, 2020

The Honorable Paul A. Magnuson
United States District Court Judge
Warren E. Burger Federal Bldg.
316 North Robert Street, Suite 734
St. Paul, Minnesota   55101

**RE:   United States v. Seth Robert Ronning**
         **Criminal No. 19-CR-85)(PAM/LIB)**

Dear Judge Magnuson:

This letter is a formal request asking the court to reconsider its decision and order of December 30, 2019 regarding continuance and status conference motions. [Docket 62] Specifically, the defendant would note that the pretrial hearing on defendant's motions requesting additional DNA evidence was last July 12th and the court's order permitting the defendant access to this additional DNA evidence was filed on July 31, 2019 (Docket 49). However, due to mistakes made by the Government or more notably the Minnesota Bureau of Criminal Apprehension the wrong individual's DNA was provided. The Government did not correct those mistakes until just recently, December 16th, giving the defense very little time to review this evidence with its expert and the defendant. Hence, the delays were not caused by the defendant, but more accurately by the Government. Additionally, the defendant has continually asked through his investigator and counsel for all discovery from two separate law enforcement jurisdictions, namely Superior, Wisconsin and Duluth, Minnesota regarding video camera footage and have been met with zero response from these law enforcement agencies.

Thank you for your kind consideration.

Very truly yours,

/*s/Kyle White*/
Kyle D. White
Attorney

cc:    United States Attorney
         Client